# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|   |   |   |
|---|---|---|
| JOBRAN SAAD AL-QUHTANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2387 (RMC) |
| | ) | |
| BARACK OBAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
_____ )

## ORDER

Before the Court is Petitioner's unopposed motion to stay this matter. Counsel for Petitioner posits that the forthcoming decision on remand in *Bahlul v. United States*, No. 11-1324, 2014 WL 3437485 (D.C. Cir. July 14, 2014) may affect the instant litigation. Accordingly, it is hereby

**ORDERED** that Petitioner's Unopposed Motion to Stay Proceedings, Dkt. 215, is **GRANTED**; and it is

**FURTHER ORDERED** that the parties will file a joint status report addressing any further proceedings as may be necessary no later than thirty days after the final resolution of the conspiracy issues in *Bahlul*; and it is

**FURTHER ORDERED** that the Protective Order will remain in effect throughout the stay.

Date: August 13, 2014

_____
/s/
ROSEMARY M. COLLYER
United States District Judge